Karl Lentz
P.O. Box 542
Stuarts Draft, Virginia 24477
(540)245-0318
courtofrecord@gmail.com
Karl@theLoreSociety.com

# Augusta Circuit Court
# 25th Judicial Circuit of Virginia

| | |
|---|---|
| 'COMMONWEALTH OF VIRGINIA' (PLAINTIFF / π) | Case No: CR19000366-00 (00-02) |
| v | Notice : JURISDICTION ( nature of party ) |
| karl lentz [defendant /Δ ] | |

## Notice:   Jurisdiction (nature of party)

- The nature of the party [defendant] is and remains that of 'man' [non-legal entity[1]];

- The nature of the 'PLAINTIFF' is that of [a] fictional artificial man-made creature; legal entity;

- said π suffers of a disability in the fact "it" ["it", being an "it", not a who]:

    1). π has no right to prosecute 'man' for:
        (a) 'man', is its creator, and/or;
        (b) 'man', as author has authority over all he creates), and/or;

    2). π cannot lay claim for damages (as none exist), and/or;
    3). π cannot state a claim, for being done a wrong, and/or;
    4). π Cannot state a claim of and or for "corpus delicti";

- said 'i' as man , have the right [cf. 9th Amend.] to have any and all charges be brought before Court, and readout by way of, VIVA-VOCE, and only man and man alone has the capacity to verify [his/her] *in voice*;

- 'i' hereby state that the information above is true, to the best of my knowledge, 'i' also confirm that the information here is both accurate and complete, and relevant information has not been omitted.

Respectfully submitted

*Karl Lentz*

1/10/20

---

[1] 'i' as man am not liable for nor responsible for being in [non]compliance with statutes codes; policies; rules and procedures wherein :

1. i' as man, 'i' am Not [a] signatory to any contract nor agreement to be under the 'COMMONWEALTH OF VIRGINIA's control and/or;
2. 'i' am not [a] citizen of the 'COMMONWEALTH OF VIRGINIA' and/or;
3. 'i' am not represented by a legal entity and/or;
4. 'i' am not [a] registered voter and/or;
5. There is no lor/law that requires man to answer to that which he creates, (a legal entity)