Karl Lentz
P.O. Box 542
Stuarts Draft, Virginia 24477
(540)245-0318
courtofrecord@gmail.com
Karl@theLoreSociety.com

Exhibit 'B'

# Augusta Circuit Court
# 25th Judicial Circuit of Virginia

| | | |
|---|---|---|
| 'COMMONWEALTH OF VIRGINIA' | ) | |
| (PLAINTIFF / π) | ) | Case No: CR19000366-00 (00-02) |
| | ) | |
| v | ) | IMMEDIATE EMERGENCY Motion: |
| | ) | Jurisdiction |
| karl lentz | ) | |
| [defendant /Δ ] | ) | |

## IMMEDIATE EMERGENCY MOTION:  Jurisdiction

- 'i': as man [defendant]; requires of said Court, to understand the nature of the party named as [defendant] is and remains that of 'man' as in, one-of-mankind;

- said 'i', call out to any and all members of said court with this simple question

" *what is the nature of the party in whom this Court seeks?* "

- 'i' require an immediate answer, for the question is simple, and that as time is of the essence;

- 'i' hereby state that the information above is true, to the best of my knowledge, 'i' also confirm that the information here is germaine accurate and complete, and relevant information has not been omitted.

Respectfully submitted [by]:

_Karl Lentz_

1/10/20