Exhibit "C"

# Augusta Circuit Court
## 25th Judicial Circuit of Virginia

| | | |
|---|---|---|
| 'COMMONWEALTH OF VIRGINIA'<br>(PLAINTIFF / π) | ) <br> ) <br> ) | Case No: CR19000366-00 (00-02) |
| v | ) <br> ) | ORDER |
| karl lentz<br>[defendant /Δ ] | ) <br> ) | |

------------------------------------------------------------

### **ORDER**

IT is hereby the order of said Court that the said man [Karl Lentz / a non-legal entity]

has no duty ; nor obligation; nor responsibility to answer to the π [a] fictional

artificial man-made creature, and has no such duty to answer into the above stylized

case, until a fellow-man comes forth with a verifiable claim of [a] wrong which at

that time said man [Karl Lentz] will be glad to appear to settle any and all matters of

controversy and/or debts to his fellow-man

_____

_____